# EXHIBIT A-3

**Loan Number:**
**Property Address:**     2122 21ST ST
                          NITRO, WV 25143

| Date | Description | Trans Amt | Principal | Interest | Escrow | Suspense |
|---|---|---|---|---|---|---|
| April 24, 2017 | Payment | $1,346.79 | $0.00 | $0.00 | $0.00 | $1,346.79 |
| April 24, 2017 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 24, 2017 | Property Preservation Fees | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 24, 2017 | Property Inspection Fees | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 27, 2017 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 27, 2017 | Property Preservation Fees | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 27, 2017 | Property Inspection Fees | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 21, 2017 | Homeowners Insurance Premium | ($622.00) | $0.00 | $0.00 | ($622.00) | $0.00 |
| February 22, 2017 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 22, 2017 | Property Preservation Fees | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 22, 2017 | Property Inspection Fees | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 08, 2017 | County Tax | ($426.47) | $0.00 | $0.00 | ($426.47) | $0.00 |
| January 06, 2017 | Property Preservation Fees | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 06, 2017 | Property Inspection Fees | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 06, 2017 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 21, 2016 | Payment | $0.00 | $165.48 | $382.20 | $159.45 | ($707.13) |
| December 21, 2016 | Payment | $1,444.26 | $164.88 | $382.80 | $159.45 | $707.13 |
| October 07, 2016 | Principal Reduction | $0.00 | $166.86 | $0.00 | $0.00 | ($166.86) |
| October 10, 2016 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | ($144.12) |
| October 10, 2016 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | ($2.52) |
| October 10, 2016 | Property Preservation Fees | ($2.52) | $0.00 | $0.00 | $0.00 | $0.00 |
| October 10, 2016 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | ($4.50) |
| October 10, 2016 | Property Inspection Fees | ($4.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| October 10, 2016 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | ($36.00) |
| October 10, 2016 | Property Inspection Fees | ($36.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| October 07, 2016 | Payment | $707.13 | $163.67 | $384.01 | $159.45 | $0.00 |
| October 06, 2016 | Payment | $707.13 | $163.08 | $384.60 | $159.45 | $0.00 |
| September 30, 2016 | Payment | $707.13 | $162.49 | $385.19 | $159.45 | $0.00 |
| September 21, 2016 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 21, 2016 | Property Preservation Fees | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 21, 2016 | Property Inspection Fees | $12.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 20, 2016 | Property Preservation Fees | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 20, 2016 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 20, 2016 | Property Inspection Fees | $12.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 27, 2016 | Payment | $727.13 | $161.90 | $385.78 | $159.45 | $0.00 |
| August 09, 2016 | County Tax | ($426.47) | $0.00 | $0.00 | ($426.47) | $0.00 |
| July 31, 2016 | Payment | $354.00 | $0.00 | $0.00 | $0.00 | $354.00 |
| July 26, 2016 | Property Preservation Fees | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 26, 2016 | Property Inspection Fees | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 26, 2016 | Property Inspection Fees | $12.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 21, 2016 | Payment | $707.13 | $161.31 | $386.37 | $159.45 | $0.00 |
| June 02, 2016 | Payment | $707.13 | $160.72 | $386.96 | $159.45 | $0.00 |
| May 12, 2016 | Mortgage Insurance Disbursement | ($428.10) | $0.00 | $0.00 | ($428.10) | $0.00 |
| April 29, 2016 | Payment | $713.28 | $160.14 | $387.54 | $165.60 | $0.00 |
| April 01, 2016 | Payment | $713.28 | $159.56 | $388.12 | $165.60 | $0.00 |
| March 09, 2016 | Homeowners Insurance Premium | ($495.00) | $0.00 | $0.00 | ($495.00) | $0.00 |
| February 25, 2016 | Payment | $713.28 | $158.98 | $388.70 | $165.60 | $0.00 |