CO FILE # 000000-000000
PCSXBA 000082539
01S0195, 1089050246, WV142

CDI Corporation

CDI Corporation
PR Cntct #: 800-616-5520
125 Lakeview Dr
Suite D
Cross Lanes, WV 25313

Taxable Marital Status: M

Federal: 2 Addl$: 0.00
State (WV): 2 Addl$: 0.00
Local: 0 Addl$: 0.00

# Earnings Statement

Page 001 of 001

Period Beginning: 01/30/2017
Period Ending: 02/12/2017
Advice Date: 02/16/2017
Advice Number: 0000970763
Batch Number: 07H120001

JESSICA STOLER
2122 21ST ST
NITRO, WV 25143-0000

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| STF ST TM | 15.6300 | 70.00 | 1094.10 | 4220.10 |
| STF PDO | 15.6300 | 10.00 | 156.30 | 156.30 |
| STF FLOAT | | | 0.00 | 375.12 |
| STF HOL | | | 0.00 | 250.08 |
| Gross Pay | | | 1250.40 | 5001.60 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -54.35 | -217.40 |
| Social Security Tax | -73.64 | -294.56 |
| Medicare Tax | -17.22 | -68.89 |
| WV Withholding Tax | -43.00 | -172.00 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *Medical | -50.33 | -201.32 |
| *Dental | -9.67 | -38.68 |
| *Vision | -2.66 | -10.64 |

Net Pay: 999.53

* Excluded from federal taxable wages

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **PDO** | | |
| Carried Forward- | | -33.23 |
| Accrued YTD+ | | 16.15 |
| Used YTD- | | 10.00 |
| Adjust YTD+ | | 0.00 |
| Current Balance- | | -27.08 |

ENT CHECK # 970763

## Important Notes

Employer Identification Nbr: [redacted]

CDI Corporation

CDI Corporation
125 Lakeview Dr
Suite D
Cross Lanes, WV 25313

Advice Number: [redacted]

Advice Date: 02/16/2017

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| JESSICA STOLER | Checking | xxxxx5128 | 051900366 | 999.53 |

THIS IS NOT A CHECK

## Customer Certification and Consent

I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

I authorize and give permission to the Servicer, and its respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for assistance and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

If I am eligible for assistance and I accept and agree to all terms plan, or agreement, I also agree that the terms of this Certification are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my Servicer's determination and notification of my eligibility or prequalification for assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

| Borrower Signature | Borrower Name | Social Security Number | Date |
|---|---|---|---|
| [signature] | Jessica Stoler | [redacted] | 3-1-17 |

| Co-Borrower Signature | Co-Borrower Name | Social Security Number | Date |
|---|---|---|---|
| | | | |

STOLER_PENNYMAC_000671




1349751 0221 1 000129 001923 015/015
118 2673292 330945 3853 15/15



Form **4506T-EZ** (Rev. August 2014) Department of the Treasury Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ Request may not be processed if the form is incomplete or illegible.

▶ For more information about Form 4506T-EZ, visit *www.irs.gov/form4506tez.*

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

Jessica Stoler

**1b** First social security number or individual taxpayer identification number on tax return

[redacted]

**2a** If a joint return, enter spouse's name shown on tax return.

—

**2b** Second social security number or individual taxpayer identification number if joint tax return

—

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

2122 21st St. Nitro, WV 25143

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

—

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name

PennyMac Loan Services

Telephone number

866-629-4570

Address (including apt., room, or suite no.), city, state, and ZIP code

6101 Condor Drive, Moorpark, CA 93021

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2014 2015 2016

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

**Sign Here**

▶ [signature: Jessica Stoler] Signature (see instructions) | Date 3-1-17 | Phone number of taxpayer on line 1a or 2a 304-989-0516

▶ Spouse's signature | Date

1349751 0221 1 000129 001922 014/015

118 2673292 330945 3851 14/15



# PennyMac

## Borrower's Authorization Form

**Authorization to Release Information**

To Whom It May Concern:

1. The undersigned Borrower and Co-Borrower (if any) (individually and collectively, "Borrower"), authorize PennyMac Loan Services, LLC to obtain, share, release, discuss and otherwise provide to and with you public and non-public personal information contained in or related to the mortgage loan. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, loss mitigation application status, account balances, program eligibility, and payment activity of the Borrower.

2. PennyMac Loan Services, LLC will take reasonable steps to verify your identity, but it has no responsibility or liability to verify the identity of any third party. PennyMac Loan Services, LLC also has no responsibility or liability for what a third party does with such information.

3. This Third-Party Authorization is valid when signed by all Borrowers and Co-Borrowers named on the mortgage and until PennyMac Loan Services, LLC receives a written revocation signed by any Borrower or Co-borrower.

4. A copy of this authorization may be accepted as an original.

**I UNDERSTAND AND AGREE WITH THE TERMS OF THIS THIRD-PARTY AUTHORIZATION:**

| Borrower Signature: *J Stoler* | Borrower Name: Jessica Stoler | Social Security Number: [redacted] | Date: 3-1-17 |

| Co-Borrower Signature | Co-Borrower Name | Social Security Number | Date |

### Non-Borrower (Contributor)

The undersigned Non-Borrower authorizes PennyMac Loan Services, LLC to obtain, share, release, discuss and otherwise provide to and with you public and non-public personal information contained in or related to the mortgage loan of the Non-Borrower. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, government monitoring information, loss mitigation application status, account balances, program eligibility, and payment activity of the Non-Borrower.

I, Jessica Stoler, occupy the home at 2122 21st St and request my income be included in the review for a modification on the loan secured by the property address above.

This consent for a credit bureau report will expire upon completion of the modification review.

NAME (Non-Borrower): _____ Date: _____

Non-Borrower Social Security Number: _____



**STOLER_PENNYMAC_000673**



## REQUEST FOR MORTGAGE ASSISTANCE
### Monthly Expenses

- Complete each category or place an "X" in the N/A column if the expense doesn't apply to you

| Expense Category | N/A | Monthly Payment | Comments |
|---|---|---|---|
| First Mortgage Principal & Interest payment | | $ 707. | |
| Second Mortgage Principal & Interest payment | X | $ | |
| Homeowners Insurance | X | $ included | |
| Property Taxes | X | $ | |
| HOA/Condo Association | | $ — | |
| Life/Health Insurance | X | $ → comes out of paycheck | $62. |
| Auto Loan/Lease | | $ 342. | |
| Gas Company | | $ 115. | |
| Water & Power | | $ 120. 150. | |
| Phone | | $ 173. | |
| Cable | | $ 175. | |
| Internet | | $ w/ cable | |
| Trash | | $ 25. | |
| Groceries/Food | | $ 450. | |
| Car Gas | | $ 150. | |
| Car Insurance | | 107. | |
| Medical Expenses (Not covered by insurance) | | $ 85. | |
| Child/Spousal Support | X | $ | |
| Total Credit Card Payments | | $ 185. | |
| Other (please specify) | | $ 100. | work expenses |
| Other (please specify) | X | $ | |
| **Total Debt/Expenses** | | $ 2884. | |

**STOLER PENNYMAC_000674**



## REQUEST FOR MORTGAGE ASSISTANCE
### Income

**Monthly Household Income**

- Fully complete each section of the form. Indicate N/A if the category doesn't apply
- Refer back to the Quick Reference Guide for help completing any income categories

| **Borrowers Full Name:** Jessica Lynn Stoler | | **Co-Borrowers Full Name:** | | **Contributor (if applicable) Full Name:** | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ 2500.80 | Monthly Gross Wages | $ | Monthly Gross Wages | $ |
| Overtime | $ no | Overtime | $ | Overtime | $ |
| Self-employed income | $ no | Self-employed income | $ | Self-employed income | $ |
| Unemployment Income | $ no | Unemployment Income | $ | Unemployment Income | $ |
| Untaxed Social Security/SSD | $ no | Untaxed Social Security/SSD | $ | Untaxed Social Security/SSD | $ |
| Taxable Social Security /Retirement | $ no | Taxable Social Security /Retirement | $ | Taxable Social Security /Retirement | $ |
| Food Stamps or Welfare | $ no | Food Stamps or Welfare | $ | Food Stamps or Welfare | $ |
| Alimony /Child Support* | $ no | Alimony /Child Support* | $ | Alimony /Child Support* | $ |
| Tips, commission and bonus | $ no | Tips, commission and bonus | $ | Tips, commission and bonus | $ |
| Gross Rents | $ no | Gross Rents | $ | Gross Rents | $ |
| Other (Explain) | $ | Other (Explain) | $ | Other (Explain) | $ |
| Other (Explain) | $ | Other (Explain) | $ | Other (Explain) | $ |
| **Total Gross Income** | $ 2500.80 | **Total Gross Income** | $ | **Total Gross Income** | $ |

| Number of people in household: 3 | Number of dependents in household: 2 | |
|---|---|---|
| If you included contributor income above, provide the following: | | |
| Full Name: | Phone Number: | Monthly Mortgage Contribution: $ |

***Contributions by people not on the mortgage will require verification***

Explanation of mortgage contributions: (*Describe frequency, agreements, terms*)

**You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered for your loan modification application.*

STOLER_PENNYMAC_000675

1349751 0221 1 000129 001919 011/015
118 2672292 330945 3845 11/15

## REQUEST FOR MORTGAGE ASSISTANCE
### Employment History

- All borrowers must include two years of employment history
- Add additional pages, if needed

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Are you currently employed? (Y/N) yes | | Are you currently employed? (Y/N) | |
| Are you self-employed? (Y/N) | no | Are you self-employed? (Y/N) | |
| Most recent employer name: CDI Corp | | Most recent employer name: | |
| Business Address: Cross Lanes, WV | | Business Address: | |
| Business Phone #: 304-776-3819 | | Business Phone #: | |
| Monthly Income (before tax): $ 2500.80 | | Monthly Income (before tax): $ | |
| Start Date (MM/DD/YY): 1-27-12 | End Date (MM/DD/YY): Still employed | Start Date (MM/DD/YY): | End Date (MM/DD/YY): |
| Employer Name: See date above | | Employer Name: | |
| Business Address: | | Business Address: | |
| Business Phone #: | | Business Phone #: | |
| Monthly Income (before tax): $ | | Monthly Income (before tax): | |
| Start Date (MM/DD/YY): | End Date (MM/DD/YY): | Start Date (MM/DD/YY): | End Date (MM/DD/YY): |
| Employer Name: | | Employer Name: | |
| Business Address: | | Business Address: | |
| Business Phone #: | | Business Phone #: | |
| Monthly Income (before tax): $ | | Monthly Income (before tax): $ | |
| Start Date (MM/DD/YY): | End Date (MM/DD/YY): | Start Date (MM/DD/YY): | End Date (MM/DD/YY): |

STOLER_PENNYMAC_000676

1349751 0221 1 000129 001918 010/015

118 2673292 330945 3843 10/15

# REQUEST FOR MORTGAGE ASSISTANCE
## Other Properties Owned

**OTHER PROPERTIES OWNED**

If you receive rental income from a property, other than the property with PennyMac, you must provide a copy of all Lease Agreements, along with bank statements showing deposits or rent checks.
Otherwise, check the "Not Applicable" box below and sign this form:

☑ Not Applicable – I do NOT own any other homes.

Signature: J. Stoler Date: 3-1-17

| Other Properties Owned | | |
|---|---|---|
| **Other Property #1** | | |
| Address: | | |
| Mortgage Servicer Name: | | |
| Loan #: | Monthly Payment: | Loan Balance: |
| The property is currently: | Vacant:_____ Rented:_____ | Seasonal/Second Home: ______ |
| If "Rented", how much rental income is collected each month? | | |
| Monthly HOA Dues: $ | | |
| If property taxes and homeowners insurance are not included in mortgage: | Monthly taxes: $ | Monthly Homeowners Insurance: $ |
| **Other Property #2** | | |
| Address: | | |
| Mortgage Servicer Name: | | |
| Loan #: | Monthly Payment: | Loan Balance: |
| The property is currently: | Vacant:_____ Rented:_____ | Seasonal/Second Home: ______ |
| If "Rented", how much rental income is collected each month? | | |
| Monthly HOA Dues: $ | | |
| If property taxes and homeowners insurance are not included in mortgage: | Monthly taxes: $ | Monthly Homeowners Insurance: $ |

STOLER_PENNYMAC_000677

1349751 0221 1 000129 001917 009/015

118 2673292 330945 3841 9/15

REQUEST FOR MORTGAGE ASSISTANCE
Principal Residence Information

## PRINCIPAL RESIDENCE INFORMATION

- Fully complete each section of the form
- Provide the most up to date information on liens, property taxes, homeowners insurance and HOA dues

| Principal Residence Information | | |
|---|---|---|
| Principal Residence Address: 2122 21st St. Nitro, WV | | |
| Are you requesting assistance on your principal residence? (Y/N) yes | If "Yes", do you want to keep the property or sell the property? Keep | |
| Are there other mortgages or liens on this property? no | | |
| If "Yes", provide the mortgage servicer or lien holder information below: | | |
| Name: n/A | Contact Number: | Loan Number: |
| Name: | Contact Number: | Loan Number: |
| **Provide all known liens and mortgages. Add an additional page if needed. | | |
| Do you have a condominium or homeowner association? no | If "Yes", what is the recurring association fee? | $________ Monthly, quarterly or yearly? |
| Name & Address of HOA: n/A | Are the fees current? | If no, what is the balance due? $________ |
| If your mortgage payment does not include property taxes, are the taxes current? | | |
| If your mortgage payment does not include homeowners insurance, is the insurance premium paid? | | |
| If "No", when was the last insurance premium paid? | | |
| Is the property listed for sale? no | If "Yes", when was it listed? (mm/dd/yy) | |
| Listing Agent's Name & Address: n/A | | |
| Listing Agent's Phone & Email: | | |
| Have you received a purchase offer? | If "Yes", when was the offer received? | |
| If "Yes", what is the amount of the offer? | What is the closing date? | |
| *Contact your listing agent if you have any questions about completing this section* | | |

STOLER PENNYMAC_000678

1249751 0221 1 000129 001916 008/015
118 2673292 330945 3839 8/15



REQUEST FOR MORTGAGE ASSISTANCE
Hardship Affidavit

## HARDSHIP AFFIDAVIT

- Clearly describe the reason you are having trouble paying your mortgage
- Provide as much detail about your hardship as possible with dates and timeframes for specific events
- Explain any steps you've taken to avoid defaulting on your loan, such as reducing expenses

**I am having difficulty making my monthly payment because of financial difficulties created by:**

| | | |
|---|---|---|
| ☐ Unemployment | ☐ Mortgage Payment Increase | ☐ Military Service |
| ☒ Reduction of Income | ☐ Property Problems | ☐ Inability to Rent Property |
| ☐ Business Failure | ☐ Title Problems | ☒ Marital Difficulties |
| ☐ Illness in Family | ☐ Job Relocation | ☐ Abandonment of Property |
| ☒ Excessive Debt/Obligation | ☐ Incarceration | ☐ Other (explain) |

**I believe that my situation is:**

| | | |
|---|---|---|
| ☐ Short Term (under 6 months) | ☐ Long Term (over 6 months) | ☒ Permanent |

**Explanation:**

I have been struggling with excessive debt for some time and now - with a divorce the household income has drastically lowered. I do not make enough to pay this on my own.
Ex paid mortgage and hasnt lived here for months.
Thank you

(Continue on another page if necessary) STOLER_PENNYMAC_000679

1349751 0221 1 000129 001915 007/015
118 2673292 330945 3837 7/15

## REQUEST FOR MORTGAGE ASSISTANCE
### Borrower Information

In order to fully evaluate your request for assistance, it's important that you complete all forms attached. On the following pages, you'll be asked to provide:

- Information about yourself and your intention with the property
- A detailed description of the hardship that has prevented you from paying your mortgage
- Information about your income, expenses and assets

**BORROWER INFORMATION FORM** – complete all sections of the below form. Indicate N/A for anything that doesn't apply to you or your loan.

| Borrower Information | | | | | |
|---|---|---|---|---|---|
| Loan Number: [redacted] | | | | | |
| Address mortgaged property: 2122 21st St. | | | | | |
| City: Nitro | State: WV | | Zip Code: 25143 | | |
| Borrower | Full Name: Jessica Stoler | | | Home Phone: 304-989-0516 | |
| Mailing Address (if different from above) — | | | | Cell Phone: same ↑ | |
| [redacted] | | Date of Birth: 8-2-74 | | Email Address: Jessica.eary@yahoo.com | |
| | | | | Home Phone: | |
| Mailing Address (if different from above) | | | | Cell Phone: | |
| Social Security Number: | | Date of Birth: | | Email Address: | |
| Has any borrower filed for bankruptcy? no | | | Has any bankruptcy been discharged: | | |
| No: | Yes: Chapter 7 Date: | Yes: Chapter 13 Date: | No: | Yes: Date: | N/A: |
| Is borrower a service member? Yes (No) (circle one) | | | | | |
| If yes, have you recently been deployed away from your principal residence or recently received a permanent change of station order? Date: | | | | | |
| Property: | Currently how many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? none | | | | |

STOLER_PENNYMAC_000680

1349751 0221 1 000129 001914 006/015
118 2673292 310945 3835 6/15





# PennyMac

## Borrower's Authorization Form

**Authorization to Release Information**

To Whom It May Concern:

1. The undersigned Borrower and Co-Borrower (if any) (individually and collectively, "Borrower"), authorize **PennyMac Loan Services, LLC** to obtain, share, release, discuss and otherwise provide to and with you public and non-public personal information contained in or related to the mortgage loan. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, loss mitigation application status, account balances, program eligibility, and payment activity of the Borrower.

2. **PennyMac Loan Services, LLC** will take reasonable steps to verify your identity, but it has no responsibility or liability to verify the identity of any third party. **PennyMac Loan Services, LLC** also has no responsibility or liability for what a third party does with such information.

3. This Third-Party Authorization is valid when signed by all Borrowers and Co-Borrowers named on the mortgage and until **PennyMac Loan Services, LLC** receives a written revocation signed by any Borrower or Co-borrower.

4. A copy of this authorization may be accepted as an original.

**I UNDERSTAND AND AGREE WITH THE TERMS OF THIS THIRD-PARTY AUTHORIZATION:**

| JStoler | Jessica Stoler | [redacted] | 3-1-17 |
|---|---|---|---|
| Borrower Signature | Borrower Name | Social Security Number | Date |

| | | | |
|---|---|---|---|
| Co-Borrower Signature | Co-Borrower Name | Social Security Number | Date |

### Non-Borrower (Contributor)

The undersigned Non-Borrower authorizes **PennyMac Loan Services, LLC** to obtain, share, release, discuss and otherwise provide to and with you public and non-public personal information contained in or related to the mortgage loan of the Non-Borrower. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, government monitoring information, loss mitigation application status, account balances, program eligibility, and payment activity of the Non-Borrower.

I, Jessica Stoler, occupy the home at 2122 21st St and request my income be included in the review for a modification on the loan secured by the property address above.

This consent for a credit bureau report will expire upon completion of the modification review.

NAME (Non-Borrower)                Date:

Non-Borrower Social Security Number



Page 15 of 19
MODWELCOME 1ST_[redacted]

**STOLER_PENNYMAC_000681**

I only received $600 of this tax return. They kept the rest to pay off previous tax debt owed.

Jessica Stoler

03.01.17

Form **1040A** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return (99) 2016
IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Jessica L | Stoler | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
2122 21st St

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Nitro WV 25143

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing status
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

## Exemptions
6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.
b ☐ **Spouse**

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see instructions):
Dependents on 6c not entered above:

c **Dependents:**

If more than six dependents, see instructions.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| Ryan L | Eary | [redacted] | Son | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

d Total number of exemptions claimed. Add numbers on lines above ▶ 2

## Income
Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 29,756. |
| 8a | **Taxable** interest. Attach Schedule B if required. | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a. 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends (see instructions). 9b | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. 11a — **11b** Taxable amount (see instructions). | 11b | |
| 12a | Pensions and annuities. 12a — **12b** Taxable amount (see instructions). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a — **14b** Taxable amount (see instructions). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 29,756. |

## Adjusted gross income

| Line | Description | | Amount |
|---|---|---|---|
| 16 | Educator expenses (see instructions). 16 | | |
| 17 | IRA deduction (see instructions). 17 | | |
| 18 | Student loan interest deduction (see instructions). 18 | | |
| 19 | Tuition and fees. Attach Form 8917. 19 | | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 29,756. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040A** (2016)

**Tax, credits, and payments**

| Line | Description | | Amount |
|---|---|---|---|
| 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 29,756. |
| 23a | Check if: ☐ **You** were born before January 2, 1952, ☐ Blind; ☐ **Spouse** was born before January 2, 1952, ☐ Blind. **Total boxes checked** ▶ 23a ☐ | | |
| b | If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐ | | |
| 24 | Enter your **standard deduction.** | 24 | 9,300. |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 20,456. |
| 26 | **Exemptions.** Multiply $4,050 by the number on line 6d. | 26 | 8,100. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** | ▶ 27 | 12,356. |
| 28 | **Tax,** including any alternative minimum tax (see instructions). | 28 | 1,238. |
| 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29 | |
| 30 | Add lines 28 and 29. | 30 | 1,238. |
| 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31 | |
| 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32 | |
| 33 | Education credits from Form 8863, line 19. | 33 | |
| 34 | Retirement savings contributions credit. Attach Form 8880. | 34 | |
| 35 | Child tax credit. Attach Schedule 8812, if required. | 35 | |
| 36 | Add lines 31 through 35. These are your **total credits.** | 36 | |
| 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | 37 | 1,238. |
| 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | 38 | 0. |
| 39 | Add line 37 and line 38. This is your **total tax.** | 39 | 1,238. |
| 40 | Federal income tax withheld from Forms W-2 and 1099. | 40 | 1,311. |
| 41 | 2016 estimated tax payments and amount applied from 2015 return. | 41 | |
| 42a | **Earned income credit (EIC).** | 42a | 1,522. |
| b | Nontaxable combat pay election. 42b | | |
| 43 | Additional child tax credit. Attach Schedule 8812. | 43 | |
| 44 | American opportunity credit from Form 8863, line 8. | 44 | |
| 45 | Net premium tax credit. Attach Form 8962. | 45 | |
| 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments.** | ▶ 46 | 2,833. |

Standard Deduction for—
- People who check any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,300

Married filing jointly or Qualifying widow(er), $12,600

Head of household, $9,300

If you have a qualifying child, attach Schedule EIC.

**Refund**

| Line | Description | | Amount |
|---|---|---|---|
| 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid.** | 47 | 1,595. |
| 48a | Amount of line 47 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 48a | 1,595. |
| ▶ b | Routing number [redacted] ▶ c Type: ☒ Checking ☐ Savings | | |
| ▶ d | Account number [redacted] | | |
| 49 | Amount of line 47 you want **applied to your 2017 estimated tax.** | 49 | |

Direct deposit? See instructions and fill in 48b, 48c, and 48d or Form 8888.

**Amount you owe**

| Line | Description | | Amount |
|---|---|---|---|
| 50 | **Amount you owe.** Subtract line 46 from line 39. For details on how to pay, see instructions. | ▶ 50 | |
| 51 | Estimated tax penalty (see instructions). | 51 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation: Payroll administrator | Daytime phone number: (304)989-0516

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid preparer use only**

Print/type preparer's name | Preparer's signature | Date | Check ▶ ☐ if self-employed | PTIN

Firm's name ▶ Self-Prepared | Firm's EIN ▶

Firm's address ▶ | Phone no.

**SCHEDULE EIC**
**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit

Qualifying Child Information

1040A
1040
EIC

▶ Complete and attach to Form 1040A or 1040 only if you have a qualifying child.
▶ Information about Schedule EIC (Form 1040A or 1040) and its instructions is at *www.irs.gov/scheduleeic*.

OMB No. 1545-0074
**2016**
Attachment Sequence No. **43**

Name(s) shown on return: Jessica L Stoler

Your social security number: [redacted]

**Before you begin:**

- See the instructions for Form 1040A, lines 42a and 42b, or Form 1040, lines 66a and 66b, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

CAUTION

- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **1 Child's name** If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name / Last name: Ryan L Eary | First name / Last name | First name / Last name |
| **2 Child's SSN** The child must have an SSN as defined in the instructions for Form 1040A, lines 42a and 42b, or Form 1040, lines 66a and 66b, unless the child was born and died in 2016. If your child was born and died in 2016 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | [redacted] | | |
| **3 Child's year of birth** | Year [redacted] *If born after 1997 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ *If born after 1997 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ *If born after 1997 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4 a** Was the child under age 24 at the end of 2016, a student, and younger than you (or your spouse, if filing jointly)? | ☐ **Yes.** *Go to line 5.* ☐ **No.** *Go to line 4b.* | ☐ **Yes.** *Go to line 5.* ☐ **No.** *Go to line 4b.* | ☐ **Yes.** *Go to line 5.* ☐ **No.** *Go to line 4b.* |
| **b** Was the child permanently and totally disabled during any part of 2016? | ☐ **Yes.** *Go to line 5.* ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** *Go to line 5.* ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** *Go to line 5.* ☐ **No.** The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | Son | | |
| **6 Number of months child lived with you in the United States during 2016** • If the child lived with you for more than half of 2016 but less than 7 months, enter "7." • If the child was born or died in 2016 and your home was the child's home for more than half the time he or she was alive during 2016, enter "12." | 12 months *Do not enter more than 12 months.* | ____ months *Do not enter more than 12 months.* | ____ months *Do not enter more than 12 months.* |

**For Paperwork Reduction Act Notice, see your tax return instructions.** BAA REV 12/30/16 Intuit cg cfp sp **Schedule EIC (Form 1040A or 1040) 2016**

**STOLER_PENNYMAC_000685**

# IT-140W
REV. 7-15

## West Virginia Withholding Tax Schedule 2015

Do NOT send W-2's, 1099's, K-1's and/or WV/NRW-2's with your return.
Enter WV withholding information below.

**THIS FORM MUST BE FILED EVEN IF YOU HAVE NO INCOME OR WITHHOLDING.**

DO NOT FILE

| PRIMARY LAST NAME SHOWN ON FORM IT-140 | STOLER | SOCIAL SECURITY NUMBER | [redacted] |
|---|---|---|---|

**1**

| A – Employer or Payer Information | B – Employee or Taxpayer Information | C – WV Tax Withheld |
|---|---|---|
| 231341909<br>Employer ID or Payer ID from W-2, 1099, K-1, and/or WV/NRW-2 | STOLER L JESSICA<br>Name | 1048.00<br>WV WITHHOLDING |
| CDI CORPORATION<br>Employer or Payer Name | [redacted]<br>Social Security Number | Check the appropriate box<br>[X] W-2 [ ] 1099 [ ] K-1 [ ] WV/NRW-2 |
| 125 LAKEVIEW DR<br>Address<br>CROSS LANES WV 25313<br>City, State, ZIP | 29756.00<br>Income Subject to WV WITHHOLDING | WV<br>Enter State Abbreviation (from Box #15 on W-2 or Box #13 on 1099R)<br>**Enter WV withholding Only** |

**2**

| A – Employer or Payer Information | B – Employee or Taxpayer Information | C – WV Tax Withheld |
|---|---|---|
| Employer ID or Payer ID from W-2, 1099, K-1, and/or WV/NRW-2 | Name | .00<br>WV WITHHOLDING |
| Employer or Payer Name | Social Security Number | Check the appropriate box<br>[ ] W-2 [ ] 1099 [ ] K-1 [ ] WV/NRW-2 |
| Address<br>City, State, ZIP | .00<br>Income Subject to WV WITHHOLDING | Enter State Abbreviation (from Box #15 on W-2 or Box #13 on 1099R)<br>**Enter WV withholding Only** |

FORM NOT FINAL

**3**

| A – Employer or Payer Information | B – Employee or Taxpayer Information | C – WV Tax Withheld |
|---|---|---|
| Employer ID or Payer ID from W-2, 1099, K-1, and/or WV/NRW-2 | Name | .00<br>WV WITHHOLDING |
| Employer or Payer Name | Social Security Number | Check the appropriate box<br>[ ] W-2 [ ] 1099 [ ] K-1 [ ] WV/NRW-2 |
| Address<br>City, State, ZIP | .00<br>Income Subject to WV WITHHOLDING | Enter State Abbreviation (from Box #15 on W-2 or Box #13 on 1099R)<br>**Enter WV withholding Only** |

**4**

| A – Employer or Payer Information | B – Employee or Taxpayer Information | C – WV Tax Withheld |
|---|---|---|
| Employer ID or Payer ID from W-2, 1099, K-1, and/or WV/NRW-2 | Name | .00<br>WV WITHHOLDING |
| Employer or Payer Name | Social Security Number | Check the appropriate box<br>[ ] W-2 [ ] 1099 [ ] K-1 [ ] WV/NRW-2 |
| Address<br>City, State, ZIP | .00<br>Income Subject to WV WITHHOLDING | Enter State Abbreviation (from Box #15 on W-2 or Box #13 on 1099R)<br>**Enter WV withholding Only** |

Total WV tax withheld from column C above.......... 1048.00

**If you have WV withholding on multiple pages, add the totals together and enter the GRAND total on line 11, Form IT-140.**

DO NOT FILE

# IT-140 REV 10-15 West Virginia Personal Income Tax Return 2015

Extended Due Date MM DD YYYY | Check box ONLY if you are a fiscal year filer | Year End MM DD YYYY

SOCIAL SECURITY NUMBER [redacted] | Deceased Prime | Date of Death | *SPOUSE'S SOCIAL SECURITY NUMBER [redacted] | Deceased Spouse | Date of Death

| Last Name | Suffix | Your First Name | MI |
|---|---|---|---|
| STOLER | | JESSICA | L |

| Spouse's Last Name – Only if different from Last Name above | Suffix | Spouse's First Name | MI |
|---|---|---|---|
| | | | |

| First Line of Address | Second Line of Address |
|---|---|
| 2122 21ST ST | |

| City | State | Zip Code |
|---|---|---|
| NITRO | WV | 25143 – |

Telephone Number: 3049890516

Amended return | Check before 4/18/16 if you wish to stop the original debit (amended return only) | Net Operating Loss | Filing as a nonresident/part-year resident *(See instructions on Page 15)* | Form WV-8379 filed as an injured spouse

**Filing Status (Check One)**

1. Single
2. [X] Head of Household
3. Married, Filing Joint
4. Married, Filing Separate *Enter spouse's SS# and name in the boxes above
5. Widow(er) with dependent child

**Exemptions:** (If someone can claim you as a dependent, leave box (a) blank.) Enter "1" in boxes a and b if they apply

Yourself (a) 1
Spouse (b)

c. List your dependents. If more than five dependents, continue on Schedule DP. Enter total number here (c) 1

| First name | Last name | Social Security Number | Date of Birth (MM DD YYYY) |
|---|---|---|---|
| RYAN | EARY | [redacted] | [redacted] |

d. Additional exemption if surviving spouse (see page 20) Enter decedents SSN: Year Spouse Died: (d)

e. Total Exemptions (add boxes a, b, c, and d). Enter here and on line 6 below. If box e is zero, enter $500 on line 6 below. (e) 2

| | | | |
|---|---|---|---|
| 1. | Federal Adjusted Gross Income or income to claim senior citizen tax credit from Schedule SCTC-1 | 1 | 29756.00 |
| 2. | Additions to income (line 38 of Schedule M) | 2 | .00 |
| 3. | Subtractions from income (line 55 of Schedule M) | 3 | .00 |
| 4. | West Virginia Adjusted Gross Income (line 1 plus line 2 minus line 3) | 4 | 29756.00 |
| 5. | Low-Income Earned Income Exclusion (see worksheet on page 24 of the instruction booklet) | 5 | .00 |
| 6. | Total Exemptions as shown above on Exemption Box (e) 2 x $2,000 | 6 | 4000.00 |
| 7. | West Virginia Taxable Income (line 4, minus lines 5 & 6) IF LESS THAN ZERO, ENTER ZERO | 7 | 25756.00 |
| 8. | Income Tax Due (Check One) [X] Tax Table [ ] Rate Schedule [ ] Nonresident/Part-year resident calculation schedule | 8 | 934.00 |
| 9. | Family Tax Credit if applicable (see required schedule on page 14) | 9 | 0.00 |
| **10.** | **Total Taxes Due (line 8 minus line 9)** | 10 | 934.00 |

TAX DEPT USE ONLY

PAYMENT PLAN | CORR | SCTC | NRSR | HEPTC

1555 REV 10/28/16 INTUIT CGCFPSP

STOLER_PENNYMAC_000687

DO NOT FILE FORM NOT FINAL DO NOT FILE

PRIMARY LAST NAME SHOWN ON FORM IT-140: STOLER | SOCIAL SECURITY NUMBER: [redacted]

| Line | Description | No. | Amount |
|---|---|---|---|
| 10. | **Total Taxes Due (from previous page)** | 10 | 934.00 |
| 11. | West Virginia Income Tax Withheld **(SEE INSTRUCTIONS)** *CHECK HERE IF WITHHOLDING IS FROM NRSR (NON RESIDENT SALE OF REAL ESTATE)* | 11 | 1048.00 |
| 12. | Estimated Tax Payments and Payments with Schedule L | 12 | 0.00 |
| 13. | Senior Citizen Tax Credit for property tax paid from Schedule SCTC-1 | 13 | .00 |
| 14. | Homestead Excess Property Tax Credit for property tax paid from Schedule HEPTC-1 | 14 | .00 |
| 15. | Credits from Tax Credit Recap Schedule (see schedule on page 6) | 15 | .00 |
| 16. | Amount paid with original return (amended return only) | 16 | .00 |
| 17. | Payments and Credits (add lines 11 through 16) | 17 | 1048.00 |
| 18. | Overpayment previously refunded or credited (amended return only) | 18 | .00 |
| 19. | Total payments and credits (line 17 minus line 18) | 19 | 1048.00 |
| 20. | Penalty Due from Form IT-210. *CHECK IF REQUESTING WAIVER/ANNUALIZED WORKSHEET ATTACHED* If you owe penalty, enter here | 20 | .00 |
| 21. | Subtract line 20 from line 19 and enter total, (if line 20 is larger, subtract 19 from 20 add to line 10 and enter on line 22) | 21 | 1048.00 |
| 22. | Balance of Income Tax Due (line 10 minus line 21). If line 21 is greater than line 10, skip to line 23 | 22 | .00 |
| 23. | If line 21 is greater than line 10, subtract line 10 from line 21. This is your income tax overpayment | 23 | 114.00 |
| 24. | West Virginia Use Tax Due on out-of-state purchases (see Schedule UT on page 7). If this amount is greater than line 23, go on to line 25. If this amount is less than line 23, skip to line 26 | 24 | .00 |
| 25. | Subtract line 23 from line 24 and add line 22, this is the total **balance of tax due** | 25 | .00 |
| 26. | Subtract line 24 from line 23, this is your **total overpayment** | 26 | 114.00 |
| 27. | Amount of overpayment to be credited to your 2016 estimated tax | 27 | .00 |
| 28. | West Virginia Children's Trust Fund to help prevent child abuse and neglect. Enter the amount of your contribution $5 $25 $100 Other $ | 28 | .00 |
| 29. | Deductions from your overpayment (Add lines 27 and 28) | 29 | .00 |
| **30.** | Refund due you (subtract line 29 from line 26) **REFUND** | 30 | 114.00 |
| **31** | Total amount due the State (line 25 plus line 28) *PAY THIS AMOUNT* **PAY THIS AMOUNT** | 31 | .00 |

**Direct Deposit of Refund** X CHECKING SAVINGS

ROUTING NUMBER [redacted] ACCOUNT NUMBER [redacted]

**PLEASE REVIEW YOUR ACCOUNT INFORMATION FOR ACCURACY. PROVIDING INCORRECT ACCOUNT INFORMATION MAY RESULT IN A $15.00 RETURNED PAYMENT CHARGE.**

Under penalties of perjury, I declare that I have examined this return, accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. I authorize the State Tax Department to discuss my return with my preparer. YES NO

Your Signature Date Spouse's Signature Date Telephone Number

SELF-PREPARED

Signature of preparer other than above Date Address Telephone Number

Preparer's EIN

Preparer: Check here if client is requesting that form NOT be e-filed

**MAIL TO:**

**REFUND**
WV State Tax Department
P.O. Box 1071
Charleston, WV 25324-1071

**BALANCE DUE**
WV State Tax Department
P.O. Box 3694
Charleston, WV 25336-3694

**Payment Options**
Returns filed with a balance of tax due may use any of the following payment options

- Check or Money Order - If you filed a paper return, enclose your check or money order with your return. If you electronically filed, mail your check or money order with the payment voucher IT-140V that is provided to you after the submission of your tax return
- Electronic Funds Transfer - If you electronically filed your return, your tax payment may be automatically deducted from your checking account. You may elect to authorize the withdrawal to occur at the time the return is filed or delay payment any time between filing and due date of April 18, 2016.
- Payment by credit card – Payments may be made using your Visa® Card, Discover® Card, American Express® Card or MasterCard®. Visit tax.wv.gov

1555 REV10/28/16INTUIT.CG.CFP.SP

STOLER_PENNYMAC_000688