# EXHIBIT A-7



Stoler
EXHIBIT NO. 6
8/5/19



P.O. Box 514387
Los Angeles, CA 90051-4387

Notice Date: 6/30/2017

Loan Number: ▮▮▮▮
Property Address:
2122 21ST ST
NITRO, WV 25143

JESSICA L STOLER
2122 21ST ST
NITRO, WV 25143

### ABOUT YOUR LOAN

You have been approved for a Special Forbearance Plan (the "Plan")
This Plan is a temporary adjustment of your mortgage payments to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. Below is detailed information regarding the Terms and Conditions of our proposed Plan.

### WHAT THIS MEANS

*handwritten:* 411.73   3658.59   ext 8977
707.13   375.     Josh
       308.

For the purpose of this Plan, the following **Terms and Conditions** will apply:

- Your account is presently due for February 01, 2017. The amount outstanding is $3,040.72 which includes late charges and any credit for partial payments made. The amount outstanding is calculated as of the date of this letter and may include default related fees and costs associated with the servicing of your loan. If applicable, default related fees and associated costs will still be due after you successfully complete this Plan.

| Plan Terms | | |
| --- | --- | --- |
| Effective Payment Date | Payment Adjustment Amount | Total Payment Due |
| 7/1/2017 | $293.89 | $411.73 |
| 8/1/2017 | $293.22 | $411.73 |
| 9/1/2017 | $293.22 | $411.73 |
| 10/1/2017 | $293.22 | $411.73 |
| 11/1/2017 | $293.22 | $411.73 |
| 12/1/2017 | $293.22 | $411.73 |

*handwritten right of table:* 8517820
−5988576

*handwritten left:* 1161482
982 2334

On 01/01/2018 assuming you make these payments successfully and timely, you will resume making your regular monthly payments required under your Note and Security Instrument for the duration of your loan.

| | | | |
| --- | --- | --- | --- |
| Toll Free: (866) 545-9070 | Website: www.PennyMacUSA.com | Payments: | Correspondence: |
| M – F 8:00am – 5:00pm Pacific | Secure Messaging Online: Create an account and/or log in to | Standard Address: P.O. Box 30597 Los Angeles, CA 90030-0597 | Attn: Correspondence Unit P.O. Box 514387 Los Angeles, CA 90051-4387 |
| Toll Free Fax: (866) 577-7205 | http://www.PennyMacUSA.com, then look for the Secured Message Center to communicate with us securely. | Overnight Address: 1200 W 7th Street Suite L-2-200 Los Angeles, CA 90017 | |

SFB Unemployed Agreement 6-2015
MSJ000123