# EXHIBIT A-8

**Loan Number:**
**Property Address:** 2122 21ST ST
NITRO, WV 25143



**Communication Call History**

The following information is included in the Communication Call History:

- The date and time of the call
- Whether or not contact was made
- How the contact occurred

Information below is as of January 31, 2018.

| Date/Time | Was Contact Made? | Inbound/Outbound |
|---|---|---|
| January 22, 2018 12:15 PM EST | Yes | Inbound |
| January 18, 2018 04:33 PM EST | Yes | Inbound |
| January 18, 2018 11:59 AM EST | Yes | Inbound |
| January 16, 2018 12:58 PM EST | Yes | Inbound |
| January 15, 2018 02:02 PM EST | Yes | Inbound |
| January 11, 2018 04:13 PM EST | Yes | Inbound |
| January 10, 2018 12:10 PM EST | Yes | Inbound |
| December 20, 2017 01:45 PM EST | Yes | Inbound |
| November 24, 2017 02:32 PM EST | No | Outbound |
| November 20, 2017 06:10 PM EST | No | Outbound |
| November 15, 2017 12:52 PM EST | No | Outbound |
| November 08, 2017 10:41 AM EST | No | Outbound |
| October 31, 2017 09:22 AM EST | Yes | Inbound |
| October 24, 2017 04:40 PM EST | No | Outbound |
| October 18, 2017 12:59 PM EST | No | Outbound |
| October 13, 2017 02:18 PM EST | No | Outbound |
| September 19, 2017 06:42 PM EST | Yes | Inbound |
| September 18, 2017 05:18 PM EST | No | Outbound |
| September 12, 2017 02:12 PM EST | No | Outbound |
| September 07, 2017 01:17 PM EST | No | Outbound |
| August 29, 2017 12:09 PM EST | Yes | Inbound |
| August 11, 2017 03:29 PM EST | Yes | Inbound |
| August 01, 2017 06:47 PM EST | No | Outbound |
| July 05, 2017 11:19 AM EST | Yes | Inbound |
| July 03, 2017 02:40 PM EST | Yes | Inbound |
| June 30, 2017 12:05 PM EST | Yes | Inbound |
| June 29, 2017 04:43 PM EST | No | Outbound |
| June 09, 2017 03:09 PM EST | Yes | Inbound |
| June 09, 2017 02:53 PM EST | Yes | Inbound |
| June 06, 2017 12:51 PM EST | No | Outbound |
| May 31, 2017 03:28 PM EST | Yes | Inbound |
| May 29, 2017 10:49 AM EST | No | Outbound |
| May 23, 2017 02:51 PM EST | No | Outbound |
| May 18, 2017 09:53 AM EST | No | Outbound |

**STOLER_PENNYMAC_001010**

**Loan Number:**
**Property Address:** 2122 21ST ST
NITRO, WV 25143

| Date | Comments |
|---|---|
| January 15, 2018 02:02 PM EST | TOPIC: FORECLOSURE, TRANSFER TO OTHER AGENT, CALLED TO SPEAK WITH SPOC FOR MOD DENIAL TRANS TO UNDER WRITER VM |
| January 11, 2018 04:13 PM EST | TOPIC: FORECLOSURE, LOAN IS IN ACTIVE FORECLOSURE, NO TAD PROVIDED. SALE DATE SET FOR 01/30/2018 .CALLED FOR INFO ON MOD REVIEW TRANS TO SPOC |
| January 09, 2018 05:35 PM EST | CUST1MOBILE   LFT MSG TO SOMEONE |
| January 06, 2018 11:26 AM EST | CUST1MOBILE   LFT MSG ON AM |
| January 03, 2018 05:40 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 29, 2017 03:10 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 26, 2017 04:42 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 20, 2017 01:45 PM EST | BORR 1     MOD REQUESTED     UNEMPLOYMENT |
| December 20, 2017 01:45 PM EST | TOPIC: DELINQUENT, MODIFICATION, CALLER AUTHENTICATED VIA IVR. LOAN IS IN ACTIVE FORECLOSURE, NO TAD PROVIDED. RAN FINANCIALS, RESULTS SHOW CUSTOMER |
| December 18, 2017 02:50 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 15, 2017 12:57 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 12, 2017 01:09 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 09, 2017 01:02 PM EST | CUST1MOBILE   LFT MSG ON AM |
| December 06, 2017 12:52 PM EST | CUST1MOBILE   LFT MSG ON AM |
| November 24, 2017 02:36 PM EST | OUTBOUND CALL. NO CONTACT, LEFT VM WITH CONTACT NUMBER AND HOURS OF OPERATION. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN |
| November 24, 2017 02:32 PM EST | TEL HOM 2    LFT MSG ON AM |
| November 20, 2017 06:10 PM EST | OUTBOUND CALL. NO CONTACT, UNABLE TO LEAVE MESSAGE. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN |
| November 20, 2017 06:10 PM EST | TOPIC: SPOC, |
| November 15, 2017 12:52 PM EST | OUTBOUND CALL. NO CONTACT, UNABLE TO LEAVE MESSAGE. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN |
| November 15, 2017 12:52 PM EST | RFD TEMP/PERM: , PROP VACANT: , ABLE TO REPAY: |
| November 15, 2017 12:52 PM EST | TEL HOM 2    NO MSG LFT |
| November 15, 2017 12:52 PM EST | TOPIC: SPOC, |
| November 08, 2017 10:42 AM EST | OUTBOUND CALL. NO CONTACT, LEFT VM WITH CONTACT NUMBER AND HOURS OF OPERATION. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN |
| November 08, 2017 10:41 AM EST | TEL HOM 2    LFT MSG ON AM |
| October 31, 2017 09:22 AM EST | CALLER IS AN AUTHORIZED SIGNER ON BANK ACCOUNT. OBTAINED PERMISSION TO PROCESS OTD. PROCESSED OTD FOR $411.73, WITH DRAFT DATE 10/31. CONFIRMATION NUM |
| October 31, 2017 09:22 AM EST | RTING WILL CONTINUE. RFD TEMP/PERM: TEMPORARY, PROP VACANT: NO, PLANS TO VACATE: NO, ABLE TO REPAY:NO, FCL ALTERNATIVES OFFERED: NO |
| October 31, 2017 09:22 AM EST | STOMER VIA AUTO DIALER AT CELL NUMBER 3049890516.TRANSFERRED CUSTOMER TO 8977. VERIFIED LAST 4 DIGITS OF BANK ACCOUNT AND ROUTING NUMBERS. CONFIRMED |
| October 31, 2017 09:22 AM EST | BER 9580037. ADVISED COLLECTION ACTIVITY MAY CONTINUE UNTIL LOAN REFLECTS CURRENT. ADVISED ASSISTANCE IS NOT A GUARANTEE. ADVISED L/CS AND CREDIT REPO |
| October 31, 2017 09:22 AM EST | LAST RT PTY CNTCT |
| October 31, 2017 09:22 AM EST | BORR 1     REPAYMENT PLAN    UNEMPLOYMENT |
| October 31, 2017 09:22 AM EST | TOPIC: PAYMENT, MANUAL AUTHENTICATION AND VERIFICATION COMPLETED FOR: FULL NAME: LAST 4 OF SSN: PHONE NUMBER: EMAIL: . RECEIVED CONSENT TO CONTACT CU |
| October 24, 2017 04:40 PM EST | OUTBOUND CALL. NO CONTACT, LEFT VM WITH CONTACT NUMBER AND HOURS OF OPERATION. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN |
| October 24, 2017 04:40 PM EST | TEL HOM 2    LFT MSG ON AM |
| October 18, 2017 12:59 PM EST | OUTBOUND CALL. NO CONTACT, UNABLE TO LEAVE MESSAGE. REASON FOR OUTBOUND CALL: DISCUSS EMPLOYMENT STATUS. DISCUSS THE MONTHLY INSTALLMENT FOR CURRENT PLAN. |

**STOLER_PENNYMAC_001013**