# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

JESSICA A. STOLER,

      Plaintiff,

      v.                                   Civil Action No. 2:18-CV-00988

PENNYMAC LOAN SERVICES, LLC

      Defendant.

### DECLARATION OF FRANCIS X. CROWLEY

I, Francis X. Crowley, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner with the law firm Blank Rome LLP, attorneys for defendant PennyMac Loan Services, LLC ("PennyMac"), and I am fully familiar with the facts herein. I submit this declaration in support of PennyMac's motion for summary judgment.

2.      Attached hereto as **Exhibit B-1** and **Exhibit B-2** are true and correct copies of the transcript of the December 20, 2017 telephone call between plaintiff Jessica Stoler and PennyMac, as transcribed by MAGNA Legal Services.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 21, 2019.

FRANCIS X. CROWLEY

# EXHIBIT B-1

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

JESSICA A. STOLER,                    :

      Plaintiff,              :

v.                                    :    Civil Action No.

                          :    2:18-CV-00988

PENNYMAC LOAN SERVICES,    :

LLC,                                  :

      Defendant.              :

- - -

AUDIO TRANSCRIPTION OF:

Phone Call with Jessica A. Stoler

Transcribed By: Maureen C. Brzycki, Court Reporter

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 2

```
 1              CUSTOMER SERVICE REP:  Thank you
 2         for contacting PennyMac.  My name is
 3         Eddie.  With who do I have the pleasure
 4         of speaking with today?
 5              JESSICA STOLER:  Jessica Stoler.
 6              CUSTOMER SERVICE REP:  How are
 7         you doing today, ma'am?
 8              JESSICA STOLER:  Okay.
 9                   How are you?
10              CUSTOMER SERVICE REP:  Doing
11         well.  Thank you for asking.
12                   Just real quickly, I'd like
13         to inform you of the account status,
14         which currently reflects an active
15         foreclosure in process.  At this time
16         there's no scheduled sale date, but one
17         can be assigned at any time.
18                   So with that said, ma'am,
19         what is your intention with the
20         property at this time?
21              JESSICA STOLER:  Well, what
22         happened is I had some sort of special
23         forbearance thing a while back, and it
24         was getting ready to be over, and I --
```



Page 3

```
1        he had said, you know, my -- my

2        assigned agent or whatever, that I

3        could possibly apply for another

4        program when that was over, or you

5        know, if income changed, whatever.  I

6        had a medical emergency this year that

7        caused all of this.  But anyways, my

8        unemployment ran out, so that was

9        obviously a change in my income.  And

10       now I have a job.  So what I wanted to

11       see is if there's some way I can start

12       another program to put, you know, put

13       this on hold and try to fix this

14       situation.

15            CUSTOMER SERVICE REP:  Okay.

16                So were you laid off because

17       of your health issues or did you quit

18       because of your health issues?

19            JESSICA STOLER:  Let go

20       basically.

21            CUSTOMER SERVICE REP:  Oh, okay.

22            JESSICA STOLER:  I had

23       unemployment for the total amount of

24       time, I guess, that it was allotted,
```


MAGNA
LEGAL SERVICES

Page 4

```
 1          and it ran out on me, and I basically
 2          had nothing until this week or so, and
 3          I have found something.  I just
 4          started.
 5                    And so I guess what I want
 6          to do is see if there's some way I can
 7          get another hold on that foreclosure
 8          status and try to get another program
 9          to get this fixed or whatever.
10          CUSTOMER SERVICE REP:  Yeah, we
11          can see what we can offer you here.
12                    How long were you unemployed
13          for, ma'am?
14          JESSICA STOLER:  Since May of
15          this year.
16          CUSTOMER SERVICE REP:  Until
17          when?
18          JESSICA STOLER:  Until just last
19          week.
20          CUSTOMER SERVICE REP:  And it ran
21          out like in November?
22          JESSICA STOLER:  Yes.  Mm-hm.
23          CUSTOMER SERVICE REP:  And did
24          you receive it right away in March --
```



Page 5

1          in May, or did you receive like two in

2          July?

3                    JESSICA STOLER:  I started --

4          let's see, it was -- it was, end of

5          May, I think, that -- I probably

6          received -- started receiving it around

7          the first of June, yes.  Because it

8          was, you know, around the end of May

9          that I --

10                   CUSTOMER SERVICE REP:  Ran out?

11                   JESSICA STOLER:  I applied for

12         it.

13                   CUSTOMER SERVICE REP:  But it ran

14         out at the end of November you said,

15         right?

16                   JESSICA STOLER:  Yes.  Mm-hm.

17                        I think in my state you're

18         only allowed to collect it for 26

19         weeks.

20                   CUSTOMER SERVICE REP:  Oh, okay.

21                        And you said you found

22         employment last week or when?

23                   JESSICA STOLER:  Yes, yes.

24                        It's only part time, but you



Page 6

```
 1          know -- you know, I have -- I have
 2          accepted it and started it just, you
 3          know, for something and still currently
 4          looking for full time.
 5               CUSTOMER SERVICE REP:  Now at
 6          this point we are, you know, going to
 7          be forced to review you for a program
 8          that helps you bring the account
 9          current.  But you must qualify for it.
10          It's not a guarantee and --
11               JESSICA STOLER:  Mm-hm.
12               CUSTOMER SERVICE REP:  -- you may
13          not qualify for it with just your part
14          time income, but you can still try.
15          And if you don't qualify, then you can
16          just, you know, reapply when you have
17          another part time job, or if you obtain
18          a full time job but --
19               JESSICA STOLER:  Okay.
20               CUSTOMER SERVICE REP:  -- with
21          that said, before discussing your
22          financial situation, know that you can
23          choose not to include income from
24          alimony, child support, or separate
```



Page 7

```
 1          maintenance payments, unless you wish

 2          to rely on that income in the

 3          determination to qualify for possible

 4          out of work assisted options.  All

 5          right.

 6                    But do you own any other

 7          properties, ma'am?

 8               JESSICA STOLER:  No.

 9               CUSTOMER SERVICE REP:  Is there a

10          second mortgage against this property?

11               JESSICA STOLER:  No.

12               CUSTOMER SERVICE REP:  Do you pay

13          for homeowner's association or condo

14          fees?

15               JESSICA STOLER:  No.

16               CUSTOMER SERVICE REP:  Do you

17          have any retirement or investment

18          accounts?

19               JESSICA STOLER:  No.

20               CUSTOMER SERVICE REP:  And so

21          your intention is to keep the property,

22          correct?

23               JESSICA STOLER:  Yes.

24               CUSTOMER SERVICE REP:  The 705.62
```



Page 8

```
 1          mortgage payment that you have, can you

 2          afford that?

 3               JESSICA STOLER:  No.

 4               CUSTOMER SERVICE REP:  All right.

 5               JESSICA STOLER:  The program I

 6          was on dropped it down to $411.  I was,

 7          you know, I was doing that okay while I

 8          was on the, you know, the unemployment.

 9               CUSTOMER SERVICE REP:  Yeah.  No.

10               But now it's going to be

11          something different since you're not

12          unemployed.

13               JESSICA STOLER:  Yeah.

14               CUSTOMER SERVICE REP:  So let me

15          see here.

16               Do you have anything like

17          saved up that you'd be able to

18          contribute toward the account today?

19               JESSICA STOLER:  No, not today.

20          No.

21               CUSTOMER SERVICE REP:  Okay.

22               And once again you're

23          occupying the property and have no

24          plans of vacating, correct?
```



1          JESSICA STOLER:  Correct.

2          CUSTOMER SERVICE REP:  How

3     frequently are you getting paid right

4     now and how much on average?

5          JESSICA STOLER:  It will be once

6     a week, and it is -- I haven't got a

7     check yet.  Do you want me to figure it

8     out?  I know how much it is an hour and

9     how many hours --

10         CUSTOMER SERVICE REP:  Yeah.

11    Let's go by gross for now.

12         JESSICA STOLER:  Okay.

13              Let's see.  It's -- I don't

14    have a calculator in front of me.  It's

15    $16.23 an hour.

16         CUSTOMER SERVICE REP:  Mm-hm.

17         JESSICA STOLER:  And I'm

18    getting -- it will vary between twenty

19    and twenty five hours a week.

20         CUSTOMER SERVICE REP:  So

21    averaging it out at 25 per week, the

22    monthly gross of around $1,758.25.

23         JESSICA STOLER:  Uh-huh.  That

24    sounds good.



Page 10

```
1                CUSTOMER SERVICE REP:  Any other
2         source of income?
3                JESSICA STOLER:  No.
4                CUSTOMER SERVICE REP:  Do you pay
5         for any sort of dependent care, like
6         day care, babysitting?
7                JESSICA STOLER:  No.
8                CUSTOMER SERVICE REP:  Personal
9         loans?
10               JESSICA STOLER:  I'm sorry.  I
11        didn't hear you.
12               CUSTOMER SERVICE REP:  Any
13        personal loans with friends and family?
14               JESSICA STOLER:  No.
15               CUSTOMER SERVICE REP:  Natural
16        gas?
17               JESSICA STOLER:  I have a gas
18        bill.
19               CUSTOMER SERVICE REP:  Okay.
20                   How much is that?
21               JESSICA STOLER:  In the winter,
22        approximately $30-$40.
23               CUSTOMER SERVICE REP:  Electric?
24               JESSICA STOLER:  Electric is
```



Page 11

1          going to be probably around 120ish.

2                    CUSTOMER SERVICE REP:  And water?

3                    JESSICA STOLER:  Around 90.

4          Maybe 80.

5                    CUSTOMER SERVICE REP:  And repeat

6          the water.  Sorry.

7                    JESSICA STOLER:  Eighty.

8                    CUSTOMER SERVICE REP:  Do you pay

9          for a home phone?

10                   JESSICA STOLER:  No.

11                   CUSTOMER SERVICE REP:  Cellphone?

12                   JESSICA STOLER:  Yes.

13                   CUSTOMER SERVICE REP:  How much

14         is that bill?

15                   JESSICA STOLER:  Ninety.

16                   CUSTOMER SERVICE REP:  Cable?

17                   JESSICA STOLER:  Yes, it's around

18         100.

19                   CUSTOMER SERVICE REP:  Internet?

20                   JESSICA STOLER:  It's included.

21                   CUSTOMER SERVICE REP:  Groceries?

22                   JESSICA STOLER:  Yes.  Maybe 100

23         a week.

24                   CUSTOMER SERVICE REP:  Car gas?



Page 12

```
 1              JESSICA STOLER:  That might be a
 2         little high.
 3              CUSTOMER SERVICE REP:  What about
 4         car gas?
 5              JESSICA STOLER:  Maybe twenty.
 6              CUSTOMER SERVICE REP:  Car
 7         insurance?
 8              JESSICA STOLER:  Hundred a month.
 9              CUSTOMER SERVICE REP:  Medical or
10         dental related expenses?
11              JESSICA STOLER:  No.
12              CUSTOMER SERVICE REP:  Alimony or
13         child support?
14              JESSICA STOLER:  No.
15              CUSTOMER SERVICE REP:  Extra
16         credit accounts?  All I see is Allied
17         Financial; is that correct?
18              JESSICA STOLER:  Correct.
19              CUSTOMER SERVICE REP:  Any other
20         living expense or credit account?
21              JESSICA STOLER:  No.
22              CUSTOMER SERVICE REP:  (Inaudible
23         ).  Hold one second here.
24              JESSICA STOLER:  I'm sorry?
```



Page 13

1          CUSTOMER SERVICE REP:  All right.

2       Can I place you on a brief hold while I

3       submit this information?

4          JESSICA STOLER:  Yes.

5          CUSTOMER SERVICE REP:  Thank you,

6       ma'am.

7                    -  -  -

8            (Whereupon, file ended.)

9                    -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Page 2019

CERTIFICATE

I HEREBY CERTIFY that this transcript is a
true record of the content on the file provided to
me to the best of my ability.

Maureen Cunningham Brzycki,

Dated: August 20,

(The foregoing certification of this transcript does
not apply to any reproduction of the same by any
means, unless under the direct control and/or
supervision of the certifying reporter.)



## A

**ability** 2019:4
**able** 8:17
**accepted** 6:2
**account** 2:13 6:8
  8:18 12:20
**accounts** 7:18
  12:16
**Action** 1:7
**active** 2:14
**afford** 8:2
**agent** 3:2
**alimony** 6:24 12:12
**Allied** 12:16
**allotted** 3:24
**allowed** 5:18
**amount** 3:23
**and/or** 2019:21
**anyways** 3:7
**applied** 5:11
**apply** 3:3 2019:20
**approximately**
  10:22
**asking** 2:11
**assigned** 2:17 3:2
**assisted** 7:4
**association** 7:13
**AUDIO** 1:15
**August** 2019:16
**average** 9:4
**averaging** 9:21

## B

**babysitting** 10:6
**back** 2:23
**basically** 3:20 4:1
**best** 2019:4
**bill** 10:18 11:14
**brief** 13:2
**bring** 6:8
**Brzycki** 1:19
  2019:15

## C

**C** 1:19
**Cable** 11:16

**calculator** 9:14
**Call** 1:16
**car** 11:24 12:4,6
**care** 10:5,6
**caused** 3:7
**Cellphone** 11:11
**CERTIFICATE**
  2019:1
**certification**
  2019:19
**CERTIFY** 2019:2
**certifying** 2019:22
**change** 3:9
**changed** 3:5
**CHARLESTON**
  1:3
**check** 9:7
**child** 6:24 12:13
**choose** 6:23
**Civil** 1:7
**collect** 5:18
**condo** 7:13
**contacting** 2:2
**content** 2019:3
**contribute** 8:18
**control** 2019:21
**correct** 7:22 8:24
  9:1 12:17,18
**Court** 1:1,19
**credit** 12:16,20
**Cunningham**
  2019:15
**current** 6:9
**currently** 2:14 6:3
**CUSTOMER** 2:1,6
  2:10 3:15,21 4:10
  4:16,20,23 5:10
  5:13,20 6:5,12,20
  7:9,12,16,20,24
  8:4,9,14,21 9:2,10
  9:16,20 10:1,4,8
  10:12,15,19,23
  11:2,5,8,11,13,16
  11:19,21,24 12:3
  12:6,9,12,15,19
  12:22 13:1,5

## D

**date** 2:16
**Dated** 2019:16
**day** 10:6
**Defendant** 1:11
**dental** 12:10
**dependent** 10:5
**determination** 7:3
**different** 8:11
**direct** 2019:21
**discussing** 6:21
**DISTRICT** 1:1,2
**DIVISION** 1:3
**doing** 2:7,10 8:7
**dropped** 8:6

## E

**Eddie** 2:3
**Eighty** 11:7
**Electric** 10:23,24
**emergency** 3:6
**employment** 5:22
**ended** 13:8
**expense** 12:20
**expenses** 12:10
**Extra** 12:15

## F

**family** 10:13
**fees** 7:14
**figure** 9:7
**file** 13:8 2019:3
**financial** 6:22
  12:17
**first** 5:7
**five** 9:19
**fix** 3:13
**fixed** 4:9
**forbearance** 2:23
**forced** 6:7
**foreclosure** 2:15
  4:7
**foregoing** 2019:19
**found** 4:3 5:21
**frequently** 9:3
**friends** 10:13

**front** 9:14
**full** 6:4,18

## G

**gas** 10:16,17 11:24
  12:4
**getting** 2:24 9:3,18
**go** 3:19 9:11
**going** 6:6 8:10 11:1
**good** 9:24
**Groceries** 11:21
**gross** 9:11,22
**guarantee** 6:10
**guess** 3:24 4:5

## H

**happened** 2:22
**health** 3:17,18
**hear** 10:11
**helps** 6:8
**high** 12:2
**hold** 3:13 4:7 12:23
  13:2
**home** 11:9
**homeowner's** 7:13
**hour** 9:8,15
**hours** 9:9,19
**Hundred** 12:8

## I

**Inaudible** 12:22
**include** 6:23
**included** 11:20
**income** 3:5,9 6:14
  6:23 7:2 10:2
**inform** 2:13
**information** 13:3
**insurance** 12:7
**intention** 2:19 7:21
**Internet** 11:19
**investment** 7:17
**issues** 3:17,18

## J

**Jessica** 1:5,16 2:5,5
  2:8,21 3:19,22

**4**:14,18,22 5:3,11
  5:16,23 6:11,19
  7:8,11,15,19,23
  8:3,5,13,19 9:1,5
  9:12,17,23 10:3,7
  10:10,14,17,21,24
  11:3,7,10,12,15
  11:17,20,22 12:1
  12:5,8,11,14,18
  12:21,24 13:4
**job** 3:10 6:17,18
**July** 5:2
**June** 5:7

## K

**keep** 7:21
**know** 3:1,5,12 5:8
  6:1,1,3,6,16,22
  8:7,8 9:8

## L

**laid** 3:16
**Legal** 1:22
**let's** 5:4 9:11,13
**little** 12:2
**living** 12:20
**LLC** 1:10
**LOAN** 1:9
**loans** 10:9,13
**long** 4:12
**looking** 6:4

## M

**Magna** 1:22
**maintenance** 7:1
**March** 4:24
**Maureen** 1:19
  2019:15
**ma'am** 2:7,18 4:13
  7:7 13:6
**means** 2019:21
**medical** 3:6 12:9
**Mm-hm** 4:22 5:16
  6:11 9:16
**month** 12:8
**monthly** 9:22



mortgage 7:10 8:1

**N**

name 2:2
Natural 10:15
Ninety 11:15
November 4:21
  5:14

**O**

obtain 6:17
obviously 3:9
occupying 8:23
offer 4:11
Oh 3:21 5:20
okay 2:8 3:15,21
  5:20 6:19 8:7,21
  9:12 10:19
once 8:22 9:5
options 7:4

**P**

paid 9:3
part 5:24 6:13,17
pay 7:12 10:4 11:8
payment 8:1
payments 7:1
PennyMac 1:9 2:2
personal 10:8,13
phone 1:16 11:9
place 13:2
Plaintiff 1:6
plans 8:24
pleasure 2:3
point 6:6
possible 7:3
possibly 3:3
probably 5:5 11:1
process 2:15
program 3:4,12 4:8
  6:7 8:5
properties 7:7
property 2:20 7:10
  7:21 8:23
provided 2019:3
put 3:12,12

**Q**

qualify 6:9,13,15
  7:3
quickly 2:12
quit 3:17

**R**

ran 3:8 4:1,20 5:10
  5:13
ready 2:24
real 2:12
reapply 6:16
receive 4:24 5:1
received 5:6
receiving 5:6
record 2019:3
reflects 2:14
related 12:10
rely 7:2
REP 2:1,6,10 3:15
  3:21 4:10,16,20
  4:23 5:10,13,20
  6:5,12,20 7:9,12
  7:16,20,24 8:4,9
  8:14,21 9:2,10,16
  9:20 10:1,4,8,12
  10:15,19,23 11:2
  11:5,8,11,13,16
  11:19,21,24 12:3
  12:6,9,12,15,19
  12:22 13:1,5
repeat 11:5
reporter 1:19
  2019:22
reproduction
  2019:20
retirement 7:17
review 6:7
right 4:24 5:15 7:5
  8:4 9:3 13:1

**S**

sale 2:16
saved 8:17
scheduled 2:16
second 7:10 12:23

see 3:11 4:6,11 5:4
  8:15 9:13 12:16
separate 6:24
SERVICE 2:1,6,10
  3:15,21 4:10,16
  4:20,23 5:10,13
  5:20 6:5,12,20 7:9
  7:12,16,20,24 8:4
  8:9,14,21 9:2,10
  9:16,20 10:1,4,8
  10:12,15,19,23
  11:2,5,8,11,13,16
  11:19,21,24 12:3
  12:6,9,12,15,19
  12:22 13:1,5
Services 1:9,22
situation 3:14 6:22
sorry 10:10 11:6
  12:24
sort 2:22 10:5
sounds 9:24
source 10:2
SOUTHERN 1:2
speaking 2:4
special 2:22
start 3:11
started 4:4 5:3,6
  6:2
state 5:17
STATES 1:1
status 2:13 4:8
Stoler 1:5,16 2:5,5
  2:8,21 3:19,22
  4:14,18,22 5:3,11
  5:16,23 6:11,19
  7:8,11,15,19,23
  8:3,5,13,19 9:1,5
  9:12,17,23 10:3,7
  10:10,14,17,21,24
  11:3,7,10,12,15
  11:17,20,22 12:1
  12:5,8,11,14,18
  12:21,24 13:4
submit 13:3
supervision
  2019:22

support 6:24 12:13

**T**

Thank 2:1,11 13:5
thing 2:23
think 5:5,17
time 2:15,17,20
  3:24 5:24 6:4,14
  6:17,18
today 2:4,7 8:18,19
total 3:23
Transcribed 1:19
transcript 2019:2
  2019:19
TRANSCRIPTI...
  1:15
true 2019:3
try 3:13 4:8 6:14
twenty 9:18,19 12:5
two 5:1

**U**

Uh-huh 9:23
unemployed 4:12
  8:12
unemployment 3:8
  3:23 8:8
UNITED 1:1

**V**

v 1:7
vacating 8:24
vary 9:18
VIRGINIA 1:2

**W**

want 4:5 9:7
wanted 3:10
water 11:2,6
way 3:11 4:6
week 4:2,19 5:22
  9:6,19,21 11:23
weeks 5:19
WEST 1:2
winter 10:21
wish 7:1

work 7:4
www.MagnaLS.c...
  1:24

**Y**

Yeah 4:10 8:9,13
  9:10
year 3:6 4:15

**$**

$1,758.25 9:22
$16.23 9:15
$30 10:22
$40 10:22
$411 8:6

**1**

100 11:18,22
120ish 11:1

**2**

2:18-CV-00988 1:8
20 2019:16
25 9:21
26 5:18

**7**

705.62 7:24

**8**

80 11:4
866-624-6221 1:23

**9**

90 11:3



# EXHIBIT B-2

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

JESSICA A. STOLER,            :

      Plaintiff,         :

v.                            :    Civil Action No.

                        :    2:18-CV-00988

PENNYMAC LOAN SERVICES,    :

LLC,                          :

      Defendant.        :

- - -

AUDIO TRANSCRIPTION OF:

Phone Call with Jessica A. Stoler

Part Two

Transcribed By: Maureen C. Brzycki, Court Reporter

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 2

1        CUSTOMER SERVICE REP:  Thank you

2    very much for holding, ma'am.

3        JESSICA STOLER:  Mm-hm.

4        CUSTOMER SERVICE REP:  All right.

5            So just to confirm once

6    again, no additional credit account,

7    living expense, or income before I

8    submit this?

9        JESSICA STOLER:  (Inaudible).

10        CUSTOMER SERVICE REP:  Alrighty.

11        JESSICA STOLER:  Mm-hm.

12        CUSTOMER SERVICE REP:  So what

13    we're going to do is send you out an

14    application for you to fill out.

15    You'll be getting it in a package that

16    you'll be receiving within seven to ten

17    days.  So the package will have our

18    mortgage assistance application, and

19    additional -- additional list of

20    documents we'll need from you to

21    proceed with the review.

22            If you need any help with

23    this review, you can just contact our

24    modification queue until we let you



Page 3

```
 1            know you have a dedicated point of
 2            contact.  So on the meantime, any
 3            questions just call (866)629-4570.
 4                 JESSICA STOLER:  One second.  Let
 5            me write that down.  Sorry.  It's a
 6            different number than a --
 7                 CUSTOMER SERVICE REP:  Yep.
 8                 JESSICA STOLER:  -- than I had.
 9            Okay.  Okay.  (866)629 --
10                 CUSTOMER SERVICE REP:  4570.
11                 JESSICA STOLER:  Okay.  Okay.
12                 CUSTOMER SERVICE REP:  All right.
13                 But besides that, the
14            documents you can submit by mail, fax,
15            or you can upload them to our website
16            PennMacUSA.com.  If you want to get a
17            head start by any chance, you can go on
18            now.  Just log into your PennyMac
19            account.  You'll have access to the
20            forms that come with this process.
21            Just go to the modification center.
22            And if you wanted to by any chance
23            upload them through the website, you
24            can do it through there or --
```



Page 4

1           JESSICA STOLER:  Uh-huh.

2           CUSTOMER SERVICE REP:  -- or send

3      fax or mail back those documents.  If

4      you do mail, make sure you make copies

5      of what you're mailing in.

6                But with that, be advised

7      the modification may impact your credit

8      score or have tax implications.  The

9      assistance also is not a guarantee, but

10     I do wish you the best of luck and

11     until the account is brought current

12     (inaudible).

13          JESSICA STOLER:  Am I -- am I at

14     least protected while I'm waiting for

15     these seven to ten days giving the

16     review, or --

17          CUSTOMER SERVICE REP:  No.

18                The only time we're going to

19     go ahead and suspend the foreclosure is

20     when we let you know we're awaiting the

21     decision.  Sometimes we do it before,

22     when we have the majority of the

23     package, but we'll let you know like

24     when you call in that, you know,



Page 5

```
 1          it's -- or you could just ask us, is
 2          the foreclosure suspended.  We'll let
 3          you know if it is or not yet.  But
 4          typically the one -- definitely where
 5          it will be suspended is when we reach
 6          the awaiting decision point.  While we
 7          await for a decision, we do hault all
 8          activity pending that decision.
 9               JESSICA STOLER:  Okay.
10               CUSTOMER SERVICE REP:  All right.
11                    But --
12               JESSICA STOLER:  All right.
13               CUSTOMER SERVICE REP:  So until
14          the account is brought current
15          collection activity, late charges, and
16          credit reporting, including foreclosure
17          proceedings will continue.
18                    But any additional questions
19          at this time, ma'am?
20               JESSICA STOLER:  No thank you.
21               CUSTOMER SERVICE REP:  Alrighty.
22                    Just so before I let you go,
23          the e-mail on file,
24          jessica.leary@yahoo.com, still valid?
```



Page 6

```
 1              JESSICA STOLER:  Yes.

 2              CUSTOMER SERVICE REP:  Cellphone

 3      (304)989-0516.  Still your cellphone?

 4              JESSICA STOLER:  Yes.

 5              CUSTOMER SERVICE REP:  Any other

 6      phone number you'd like to add to the

 7      account?

 8              JESSICA STOLER:  No thank you.

 9              CUSTOMER SERVICE REP:  Alrighty.

10              Mrs. Stoler, I do thank you

11      very much for being a valued PennyMac

12      client.  Wish you the best of luck with

13      this process.  Any additional questions

14      come up, call that number and we'll be

15      ready to serve you; okay?

16              JESSICA STOLER:  Thank you.

17              CUSTOMER SERVICE REP:  Enjoy the

18      rest of your day.

19              JESSICA STOLER:  Bye.

20                      -  -  -

21              (Whereupon, file ended.)

22                      -  -  -

23

24
```



Page 2019

CERTIFICATE

I HEREBY CERTIFY that this transcript is a
true record of the content on the file provided to
me to the best of my ability.

Maureen Cunningham Brzycki,

Dated: August 21,

(The foregoing certification of this transcript does
not apply to any reproduction of the same by any
means, unless under the direct control and/or
supervision of the certifying reporter.)



**A**

ability 2019:4
access 3:19
account 2:6 3:19
   4:11 5:14 6:7
Action 1:7
activity 5:8,15
add 6:6
additional 2:6,19
   2:19 5:18 6:13
advised 4:6
ahead 4:19
Alrighty 2:10 5:21
   6:9
and/or 2019:21
application 2:14,18
apply 2019:20
assistance 2:18 4:9
AUDIO 1:15
August 2019:16
await 5:7
awaiting 4:20 5:6

**B**

back 4:3
best 4:10 6:12
   2019:4
brought 4:11 5:14
Brzycki 1:19
   2019:15
Bye 6:19

**C**

C 1:19
call 1:16 3:3 4:24
   6:14
cellphone 6:2,3
center 3:21
CERTIFICATE
   2019:1
certification
   2019:19
CERTIFY 2019:2
certifying 2019:22
chance 3:17,22
charges 5:15

**CHARLESTON**
   1:3
Civil 1:7
client 6:12
collection 5:15
come 3:20 6:14
confirm 2:5
contact 2:23 3:2
content 2019:3
continue 5:17
control 2019:21
copies 4:4
Court 1:1,19
credit 2:6 4:7 5:16
Cunningham
   2019:15
current 4:11 5:14
CUSTOMER 2:1,4
   2:10,12 3:7,10,12
   4:2,17 5:10,13,21
   6:2,5,9,17

**D**

Dated 2019:16
day 6:18
days 2:17 4:15
decision 4:21 5:6,7
   5:8
dedicated 3:1
Defendant 1:11
definitely 5:4
different 3:6
direct 2019:21
DISTRICT 1:1,2
DIVISION 1:3
documents 2:20
   3:14 4:3

**E**

ended 6:21
Enjoy 6:17
expense 2:7
e-mail 5:23

**F**

fax 3:14 4:3

file 5:23 6:21
   2019:3
fill 2:14
foreclosure 4:19
   5:2,16
foregoing 2019:19
forms 3:20

**G**

getting 2:15
giving 4:15
go 3:17,21 4:19
   5:22
going 2:13 4:18
guarantee 4:9

**H**

hault 5:7
head 3:17
help 2:22
holding 2:2

**I**

impact 4:7
implications 4:8
inaudible 2:9 4:12
including 5:16
income 2:7

**J**

Jessica 1:5,16 2:3,9
   2:11 3:4,8,11 4:1
   4:13 5:9,12,20 6:1
   6:4,8,16,19
jessica.leary@ya...
   5:24

**K**

know 3:1 4:20,23
   4:24 5:3

**L**

late 5:15
Legal 1:22
list 2:19
living 2:7
LLC 1:10

LOAN 1:9
log 3:18
luck 4:10 6:12

**M**

Magna 1:22
mail 3:14 4:3,4
mailing 4:5
majority 4:22
Maureen 1:19
   2019:15
ma'am 2:2 5:19
means 2019:21
Mm-hm 2:3,11
modification 2:24
   3:21 4:7
mortgage 2:18

**N**

need 2:20,22
number 3:6 6:6,14

**O**

okay 3:9,9,11,11
   5:9 6:15
once 2:5

**P**

package 2:15,17
   4:23
Part 1:17
pending 5:8
PennMacUSA.com
   3:16
PennyMac 1:9 3:18
   6:11
phone 1:16 6:6
Plaintiff 1:6
point 3:1 5:6
proceed 2:21
proceedings 5:17
process 3:20 6:13
protected 4:14
provided 2019:3

**Q**

questions 3:3 5:18
   6:13
queue 2:24

**R**

reach 5:5
ready 6:15
receiving 2:16
record 2019:3
REP 2:1,4,10,12
   3:7,10,12 4:2,17
   5:10,13,21 6:2,5,9
   6:17
reporter 1:19
   2019:22
reporting 5:16
reproduction
   2019:20
rest 6:18
review 2:21,23 4:16
right 2:4 3:12 5:10
   5:12

**S**

score 4:8
second 3:4
send 2:13 4:2
serve 6:15
SERVICE 2:1,4,10
   2:12 3:7,10,12 4:2
   4:17 5:10,13,21
   6:2,5,9,17
Services 1:9,22
seven 2:16 4:15
Sorry 3:5
SOUTHERN 1:2
start 3:17
STATES 1:1
Stoler 1:5,16 2:3,9
   2:11 3:4,8,11 4:1
   4:13 5:9,12,20 6:1
   6:4,8,10,16,19
submit 2:8 3:14
supervision
   2019:22
sure 4:4



**suspend** 4:19
**suspended** 5:2,5

---
**T**
---
**tax** 4:8
**ten** 2:16 4:15
**thank** 2:1 5:20 6:8
  6:10,16
**time** 4:18 5:19
**Transcribed** 1:19
**transcript** 2019:2
  2019:19
**TRANSCRIPTI...**
  1:15
**true** 2019:3
**Two** 1:17
**typically** 5:4

---
**U**
---
**Uh-huh** 4:1
**UNITED** 1:1
**upload** 3:15,23

---
**V**
---
**v** 1:7
**valid** 5:24
**valued** 6:11
**VIRGINIA** 1:2

---
**W**
---
**waiting** 4:14
**want** 3:16
**wanted** 3:22
**website** 3:15,23
**WEST** 1:2
**we'll** 2:20 4:23 5:2
  6:14
**we're** 2:13 4:18,20
**wish** 4:10 6:12
**write** 3:5
**www.MagnaLS.c...**
  1:24

---
**Y**
---
**Yep** 3:7

---
**2**
---

**2:18-CV-00988** 1:8
**21** 2019:16

---
**3**
---
**304)989-0516** 6:3

---
**4**
---
**4570** 3:10

---
**8**
---
**866)629** 3:9
**866)629-4570** 3:3
**866-624-6221** 1:23

